CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

DEC 03 2012

JULIA C. DUDLEY, CLERK
BY: /s/
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| ROSALYN RUSSELL, | ) | CASE NO. 7:12CV00292 |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| PHYLLIS BASKERVILLE, ET AL., | ) | By: Glen E. Conrad |
| | ) | Chief United States District Judge |
| Defendant(s). | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

## ADJUDGED AND ORDERED

as follows:

1. Plaintiff's motion for reconsideration of the court's order dismissing this civil action, based on plaintiff's failure to comply with a court order, is **DENIED**; but

2. The clerk is **DIRECTED** to remove the following submissions from this action and to docket them in a new and separate civil rights action under 42 U.S.C. § 1983: complaint (ECF No. 1); verified statement (ECF No. 11); and motion for in forma pauperis (ECF No. 14).

ENTER: This 3rd day of December, 2012.

/s/ Glen E. Conrad
Chief United States District Judge